11090.   WILSON *v.* SMALL, administrator.

BROYLES, C. J.   When this case was here before (20 *Ga. App.* 674, 93
S. E. 518), the controlling questions of law were settled by this
court, and the rulings then made became the law of the case.   Upon
the trial now under review the evidence did not demand the verdict

returned, and the court accordingly did not err in granting a new trial, it being the first grant thereof to the defendant in error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 3, 1920.

Trover; from city court of Macon — Judge Guerry.   September 19, 1919.

*Hardeman, Jones, Park & Johnston,* for plaintiff.

*Gunn & Powers, P. F. Brock,* for defendant.